FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY H. HAMMONTREE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | Case No. CV 07-6777-RSWL (JTL)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 20, 2009

**RONALD S.W. LEW**
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE